UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADONAI EL-SHADDAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, Director, California Department of Corrections, and D.L. Runnels, Warden, High Desert State Prison,<br><br>　　　　　Defendants. | NO. CV-08-2429-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT DOCUMENTS** |

　　Before the Court is *pro se* state prisoner Plaintiff Adonai El-Shaddai's Amended Complaint, alleging various constitutional violations under 42 U.S.C. § 1983. (Ct. Rec. 18.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).

ORDER * 1

After review, the Court finds that the Amended Complaint states plausible First and Fourteenth Amendment claims under 42 U.S.C. § 1983, and orders Plaintiff to prepare and return service documents so that the U.S. Marshals may serve the complaint on Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. Service is appropriate for both Defendants.

2. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the Amended Complaint (Ct. Rec. 18).

3. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

    a.   The completed Notice of Submission of Documents;

    b.   One completed summons;

    c.   One completed USM-285 form for each Defendant listed in paragraph 1 above; and

    d.   three (3) copies of the Amended Complaint (Ct. Rec. 18).

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. After receiving the above-described documents, the Court will issue a separate Order requiring the U.S. Marshals to serve each Defendant listed in paragraph 1.

5. The Court cautions Plaintiff that failing to submit the above-described documents within **forty-five (45) days** will be construed as permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

ORDER * 2

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter
2 this Order and provide a copy to Plaintiff and the U.S. Marshals Service.
3 **DATED** this  29th  day of January 2009.

```
                              S/ Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge
```

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2429.FillOut.wpd

ORDER * 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADONAI EL-SHADDAI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE WOODFORD, Director, California Department of Corrections, and D.L. Runnels, Warden, High Desert State Prison,<br><br>　　　　　Defendants. | NO. CV-08-2429-EFS (PC)<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　Plaintiff hereby submits the following documents in compliance with the Court's Order filed _____:

　　_____　　completed summons form;

　　_____　　completed USM-285 forms; and

　　_____　　copies of the Amended Complaint (Ct. Rec. 18).

DATED: _____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

ORDER * 4