UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADONAI EL-SHADDAI (a/k/a J.R. WILKERSON),<br><br>              Plaintiff,[1]<br><br>     v.<br><br>JEANNE WOODFORD, Director, California Department of Corrections, and D.L. Runnels, Warden, High Desert State Prison,<br><br>              Defendants. | NO. CV-08-2429-EFS (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

In a June 2009 Order, the Court revoked pro se Plaintiff Adonai El-Shaddai's in forma pauperis status because he is a vexatious litigant and directed Plaintiff to remit the full $350.00 filing fee for the above-captioned matter no later than July 8, 2009. (Ct. Rec. 32.) The Court cautioned Plaintiff that failure to do so would be construed as consent to dismissal for failure to prosecute. To date, Plaintiff has not paid the required filing fee.

---

[1]While the Court recognizes that Plaintiff's adopted name is Adonai El-Shaddai, it nevertheless adds Plaintiff's birth name, J.R. Wilkerson, to the caption to ensure proper mail delivery because Plaintiff's birth name is what the California Department of Corrections has on file.

ORDER * 1

1      Accordingly, **IT IS HEREBY ORDERED:**

2      1. Plaintiff's Second Amended Complaint **(Ct. Rec. 18)** is **DISMISSED with prejudice**;

4      2. **Judgment** shall be entered in Defendants' favor;

5      3. All pending motions are **denied as moot**;

6      4. All pending trial and hearing dates are **stricken**; and

7      5. This filed shall be **closed**.

8      **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff and defense counsel.

     **DATED** this ___13th___ day of July 2009.

                    S/ Edward F. Shea
                      EDWARD F. SHEA
                United States District Judge

C:\WINDOWS\Temp\notes101AA1\ED.CA.08.2429.Dismiss.wpd

ORDER * 2